AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Tanner Allen MORRIS<br><br>Defendant(s) | Case No. 2:23-mj-435 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 8, 2022 to July 25, 2023__ in the county of __Franklin and Delaware__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and (b)(1)(E) - five counts | Distribution of anabolic steroids, Schedule III controlled substances |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Julie E Miller, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: July 26, 2023

City and state: Columbus, Ohio

Kimberly A. Jolson
United States Magistrate Judge

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

### INTRODUCTION AND AGENT BACKGROUND

I, Julie E. Miller, hereinafter referred to as the Affiant, am a Special Agent with the Drug Enforcement Administration, being first duly sworn, hereby depose and state as follows:

1. Your Affiant is a Special Agent with the Drug Enforcement Administration (DEA) and has been so employed since October 2017. As such, your Affiant is an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. Your Affiant specifically investigates violations of the United States Controlled Substances Act ("CSA"), codified in Title 21 of the United States Code, and the implementing Federal Regulations, Part 1300 *et seq*. Your Affiant is empowered to investigate crimes, to make arrests with or without warrants, and to execute search warrants under the authority of 21 U.S.C. § 878.

2. Your Affiant graduated from the DEA Academy located in Quantico, Virginia where she received approximately 20 weeks of specialized narcotics related training. The training included, but was not limited to, controlled substances identification, narcotics related investigative techniques, interview and interrogation training, preparation of search warrants, tactical application of narcotics enforcement, and surveillance and electronic monitoring techniques.

3. Your Affiant is presently assigned to the Tactical Diversion Squad (TDS) of the Columbus District Office within the Detroit Field Division of the DEA. The TDS assists in the prevention, detection, and investigation of the diversion of controlled pharmaceuticals and listed chemicals from legitimate sources. As such, your Affiant has conducted investigations into the unlawful importation, possession, and distribution of controlled substances, and related laundering of monetary instruments, as well as conspiracies to commit these offenses.

4. During Your Affiant's tenure with DEA, your Affiant has participated in both criminal and diversion investigations involving complex criminal conspiracies and drug trafficking organizations. By virtue of your Affiants involvement in these investigations, your Affiant has become familiar with the various means and mechanisms used by drug traffickers to distribute controlled substances and avoid detection by law enforcement. Further, your Affiant has gained experience debriefing defendants, interviewing witnesses, directing cooperating individuals, and planning and executing search warrants and enforcement activities.

**PURPOSE OF THE AFFIDAVIT**

5. This affidavit is made in support of an application for a Federal arrest warrant and criminal complaint against **Tanner Allen MORRIS** (hereinafter referred to as "**MORRIS**") for knowingly and intentionally distributing a mixture or substance containing a detectable amount of Oxandrolone, Testosterone Cypionate, Drostanolone Propionate, Testosterone Propionate, Testosterone Enanthate, Trenbolone Acetate, Boldenone Undecylenate, and Nandrolone Decanoate, Schedule III controlled substances, in violation of Title 21 U.S.C.§§ 841 (a)(1) and 841(b)(1)(E).

6. The facts set forth in this affidavit come from your Affiant's personal observations, training, and experience, as well as information obtained from other law enforcement personnel knowledgeable of the facts and circumstances involved in the subject investigation.

7. Since this affidavit is being submitted for the limited purpose of securing a Federal arrest warrant and criminal complaint, your Affiant did not include each and every fact known concerning this investigation. Your Affiant has set forth only the facts that are believed to be necessary to establish probable cause that **MORRIS** committed the violations listed herein.

**FACTS SUPPORTING PROBABLE CAUSE**

8. On or about July 7, 2021, during surveillance of a known drug trafficker in furtherance of an ongoing DEA investigation, investigators identified **MORRIS** as a potential co-conspirator. Investigators continued to conduct surveillance efforts on **MORRIS.**

9. In March 2022, surveillance efforts and records subpoenaed from Dublin Square Apartment Complex revealed that **MORRIS** resides at 7311 Skyline Drive E – Apartment 307, Columbus, Ohio 43235.

10. On or about March 28, 2022, investigators observed **MORRIS** leave his apartment with a small white USPS box in his hand. **MORRIS**, along with his girlfriend and dog, got into a black Volkswagen GTI and traveled to the VCA Sawmill Animal Hospital around the corner. Approximately an hour later, when leaving the veterinary office, **MORRIS** briefly met with a DEA Confidential Source (hereinafter referred to as "CS"), in the parking lot. Investigators observed **MORRIS** hand CS a small white USPS box. The CS immediately departed the area. MORRIS, along with his girlfriend and dog, returned to the apartment at 7311 Skyline Drive E. With the assistance of Ohio State Highway Patrol, a traffic stop was executed on CS and CS consented to the search of the white USPS box previously given to him by **MORRIS**. The consent search of the USPS box resulted in the seizure of four (4) pill bottles of Anavar, three (3) glass vials of Testosterone Enanthate, one (1) glass vial of Masteron Propionate, and one (1) glass vial of Testosterone Propionate. The suspected steroids were transferred to the DEA North Central Laboratory for testing and safekeeping. The laboratory results were positive for the following Schedule III controlled substances under the CSA: Oxandrolone, Testosterone Cypionate, Drostanolone Propionate, and Testosterone Propionate.

11. On May 10, 2022, surveillance followed **MORRIS** to the United States Post Office located at 6316 Nicholas Drive, Columbus, Ohio. **MORRIS** entered the post office carrying a small box. Approximately five minutes later, **MORRIS** walked out of the Post Office empty handed. Investigators collaborated with UPSIS to locate and seize the package shipped by **MORRIS**. The parcel was identified as USPS Priority mail parcel, tracking #9505 5158 0251 2130 2750 95, addressed to Dax Serrano, 4450 S Ridge Road, Apartment 1207 MicKinney, TX 75070, with a return address of Thomas Shelby, 201 Cherry Street, Waverly, Ohio 45690, and paid for with a Visa. A search warrant executed on USPS Priority mail parcel, tracking #9505 5158 0251 2130 2750 95 revealed 16 glass vials of suspected steroids. The suspected steroids were surrendered to Columbus Division of Police Laboratory for testing and safekeeping. The laboratory results were positive for the following Schedule III controlled substances under the CSA: indications of an anabolic steroid, Testosterone Enanthate, and Boldenone Undecylenate.

12. On June 24, 2022, while conducting surveillance at **MORRIS**' known residence, investigators observed a then unknown male (hereinafter referred to as "Male 1"), arrive at **MORRIS**' apartment complex. Male 1 knocked on **MORRIS**' apartment door and was let inside. Less than 20 minutes later, Male 1 and **MORRIS** came out of **MORRIS**' apartment and had a brief conversation in the breezeway. **MORRIS** went back inside the apartment. Male 1 carried a small sized bag to his vehicle, looked inside the bag, got into his vehicle and then drove away. Based on your Affiant's training and experience your Affiant knows this behavior to be consistent with behaviors exuded by drug traffickers while conducting hand-to-hand transactions.

13. On August 9, 2022, the CS, at the direction of investigators, conducted a controlled purchase from **MORRIS**. CS arranged for an in-person pick-up at a local grocery store parking lot. Shortly before the arranged meet time, **MORRIS** contacted the CS and requested, "Can you just meet me at my place / 7311 skyline dr e / Columbus ohio / 43235" and elaborated "ive got some stuff to take care of / No one ever pays attention to shit over here." At the request of CS, **MORRIS** agreed to continue the meet as planned at the grocery store. At the arranged meet time, the CS received a message from **MORRIS**, which read, "On my way, black vw." At approximately the same time, investigators observed **MORRIS** leave his apartment with a white package in hand. Surveillance followed **MORRIS**, who was driving the black Volkswagen GTI, to the meet location. **MORRIS** met with CS and handed the CS the white package. The CS relinquished custody of the white package to investigators. The white package was a USPS Priority Mail Envelope which contained nine (9) bottles/vials of suspected steroids labelled as two (2) bottles of Anavar, two (2) vials of Testosterone Cypionate, two (2) vials of Trenbolone Acetate, and three (3) vials of Testosterone Enanthate. Investigators transported and relinquished custody of the suspected steroids to Columbus Division of Police for testing and safekeeping. The laboratory results were positive for the following Schedule III controlled substances under the CSA: Oxandrolone, Testosterone Enanthate, and Trenbolone Acetate.

14. On October 19, 2022, the CS conducted another controlled purchase at the direction of investigators. This time the purchase took place in the parking lot of **MORRIS'** residence,

7311 Skyline Drive E. At the pre-arranged meet time, investigators observed **MORRIS** come out of his apartment, approach CS' vehicle, and hand the CS a box. The CS relinquished custody of the box, which was a microwave popcorn box containing six (6) vials of suspected steroids labelled as three (3) Deca Durabolin and three (3) Testosterone Enanthate, to investigators. Investigators transported and relinquished custody of the suspected steroids to Columbus Division of Police for testing and safekeeping. The laboratory results were positive for the following Schedule III controlled substances under the CSA: Testosterone Enanthate, Boldenone Undecylenate, and Nandrolone Decanoate.

15. On or about April 27, 2023, investigators conducted surveillance of **MORRIS** and identified a new primary residence at the Lake Club at Polaris apartment complex, 903 Bayridge Drive, Lewis Center, Ohio.

16. On May 2, 2023, while conducting surveillance at **MORRIS**' suspected new residence, investigators observed a silver Mercedes Benz sedan with tinted windows arrive in the area. A short time later, Male 1, who was previously observed meeting with **MORRIS** on June 24, 2022, walked up the stairs and knocked on the door of **MORRIS**' apartment, unit number 903, and waited to be let inside. Less than 20 minutes later, Male 1 came out of apartment number 903 carrying a package. Male 1 opened the trunk of the Mercedes Benz, and placed the package under other items in what appeared to be an attempt at concealing the package. Based on your Affiant's training and experience your Affiant knows this behavior to be consistent with behaviors exuded by drug traffickers while conducting hand-to-hand transactions.

17. On May 16, 2023, investigators received subpoena results from the Lake Club at Polaris apartment complex that identified **MORRIS** as the sole occupant of 903 Bayridge Drive, Lewis Center, Ohio 43035.

18. On June 5, 2023, during surveillance investigators observed **MORRIS** leave his apartment located at 903 Bayridge Drive, carrying a black plastic garbage bag with blue tie straps. **MORRIS** discarded the trash in the common dumpster. When **MORRIS** left the area, investigators obtained **MORRIS**' discarded trash from the dumpster and located a bank withdrawal receipt, a Hyde Park steakhouse receipt, and one needle, which your Affiant knows to be utilized for steroid injections.

19. On July 22, 2023, at the direction of investigators, the CS reached out to MORRIS via Signal messenger and arranged for a purchase of "4 Test E, 2 Test Cyp, 3 Var, and 2 Mast Prop." MORRIS replied that he could "mail it out asap" and that MORRIS "couldn't remember if we meet or mail." The CS requested to pick up on Tuesday and asked for the address. MORRIS told the CS "903 bayridge dr lewis center oh 43035", which is the **TARGET LOCATION**.

20. On July 25, 2023, at approximately 3:14 pm, surveillance observed MORRIS arrive in the parking lot of his residence and carry a large box and backpack into the **TARGET LOCATION**. A short time later, the CS reached out via Signal messenger to let MORRIS know the CS was close. MORRIS responded "Sweet I can run it out to ya." Investigators

observed the CS arrive and park just outside of the breezeway to the **TARGET LOCATION.** Investigators observed MORRIS come out of **TARGET LOCATION** and approach the window of the CS vehicle. Less than a minute later, MORRIS returned to the **TARGET LOCATION** and the CS was followed to a neutral location where the CS relinquished custody of a white, sealed USPS Priority Mail Express envelope containing eleven (11) vials/bottles of suspected steroids labelled as three (3) Anavar, two (2) Masterone Propionate, two (2) Testosterone Cypionate, and four (4) Testosterone Enanthate to investigators. Investigators transported and relinquished custody of the suspected steroids to Columbus Division of Police for testing and safekeeping. Laboratory results are currently pending

## CONCLUSION

21. Based on the facts set forth in this Affidavit, your Affiant maintains there is probable cause to believe that **Tanner A. MORRIS**, did knowingly distribute a mixture or substance containing a detectable amount of Oxandrolone, Testosterone Cypionate, Drostanolone Propionate, Testosterone Propionate, Testosterone Enanthate, Trenbolone Acetate, Boldenone Undecylenate, and Nandrolone Decanoate, Schedule III controlled substances, in violation of Title 21 U.S.C. §§ 841 (a)(1) and 841(b)(1)(E). Therefore, your Affiant respectfully requests this court issue a criminal complaint and Federal arrest warrant for the above individual

_____
JULIE E. MILLER
Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence, this 26th day of July, 2023 in Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge

5